UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE** |
| -against- | -CR- |
| CHRISTOPHER ACCIME, | 20mj1267 |
| Defendant(s). | |

-----------------------------------------------------------------X

Defendant __Christopher Accime_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

_X_   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

___    Conference Before a Judicial Officer

__/s Christopher Accime_____         _____
Defendant's Signature                                           Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Christopher Accime_____         ___Jason Ser_____
Print Defendant's Name                                       Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__July 9, 2020_____                              _____
Date                                                                    U.S. District Judge/U.S. Magistrate Judge