# UNITED STATES DISTRICT COURT
THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed:
```

United States District Court
Southern District of New York
----------------------------------------------------------X
United States of America,

       Plaintiff             **SCHEDULING ORDER**

    -against- 

                              7:20-CR-338-KMK

Christopher Accime
              Defendant
----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Plea Hearing for July 21, 2020 at 1 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated:  July 16, 2020
          White Plains, New York

                                                    SO ORDERED:

                                                      s/      PED

                                                      PAUL E. DAVISON
                                                      United States Magistrate Judge