UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Christopher Accime

                        Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:20-CR-00338-KMK

Defendant   Christopher Accime   hereby voluntarily consents to participate in the following proceeding via  X  videoconferencing or X teleconferencing:

X     Change of Plea Hearing

___     Initial Appearance Before a Judicial Officer

___     Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer - Assignment of Counsel

_/s Christopher Accime_
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

____Christopher Accime____
Print Defendant's Name

_____
Defendant's Counsel's Signature

____Jason Ser____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

7/21/20
Date

_____
U.S. District Judge/U.S. Magistrate Judge