# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 13, 2024

**VIA EMAIL**

Hon. Kenneth Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re:   *United States v. Christopher Accime* (VOSR)
      20 Cr. 338 (KMK)

Dear Judge Karas,

I write to respectfully request an adjournment of the upcoming November 19th status conference in this matter. Mr. Accime's state case for the same conduct remains pending and is adjourned until December 3rd. AUSA Hoffman consents to an adjournment. Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White, Esq.
Assistant Federal Defender

Granted. The 11/19/24 conference is adjourned to 1/8/25, at 2:30.
So Ordered.
11/13/24