# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

March 7, 2025

**VIA EMAIL & ECF**

Hon. Kenneth Karas
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re:   *United States v. Christopher Accime*
      20 Cr. 338 (KMK) (VOSR)

Dear Judge Karas,

    I write to respectfully request an adjournment of the March 11 status conference in this case for an additional 45 days. AUSA Hoffman does not object to this request. Mr. Accime's cases in state court, charging the same conduct, remain pending. Thank you for considering this request.

Sincerely,

/s/ Jane White

Jane White
Assistant Federal Defender

*Granted. The Court will hold a conference on 4/21/25 at 12:00 p.m.*

SO ORDERED:
HON. KENNETH M. KARAS U.S.D.J.
3/10/2025