# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 124
White Plains, NY 10601
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara L. Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 8, 2026

**VIA EMAIL & ECF**
The Honorable Kenneth Karas
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

> Re:   *United States v. Christopher Accime*
> 20 Cr. 338 (KMK)

Dear Honorable Judge Karas:

I am writing to ask that the Court please consider a modification to the terms of Christopher Accime's Supervised Release, by authorizing him to use medically prescribed cannabis. He has obtained an Official New York State Medical Cannabis Patient Certification from the NYS Office of Cannabis Management's Medical Cannabis Program (Exhibit A). Both the Government and Department of Probation object to this request.

As background, Mr. Accime has been on Supervised Release in the community since April 21, 2025 after he admitted to violating the conditions of his Supervised Release, and was sentenced to Time Served (8 months served at Westchester County Jail) by the Court.

Prior to that, he was on supervision from May 27, 2022 until being taken into custody on the April 2025 violation of Supervised Release. Mr. Accime has been meeting the conditions of his Supervised Release since being released in April last year, for 8 months. The substance abuse treatment program he attends, Samaritan Daytop Village, confirmed that he is engaged in their program, and attends weekly individual counseling, a Sober Living Skills class once weekly and Men's Group sessions once weekly. Mr. Accime is also working at Shop Rite Supermarket in Stony Point and is looking forward to enrolling at Rockland Community College (where he has been accepted) in the Spring.

Mr. Accime's Primary Care Doctor, Dr. Alvarez, notes that Mr. Accime suffers from chronic pain, arthropathy (joint disease/disorder), shoulder pain, lower back pain and groin pain. (Exhibit B). He also notes that Mr. Accime has mental health diagnoses of PTSD, bipolar disorder, insomnia, depression, fatigue, stress and anxiety. Mr. Accime is prescribed Mirtazepine (Remeron) for his mental health diagnoses currently. He suffers from side effects, such as headaches, while taking this medication. He asks that the Court consider allowing him to use medically prescribed cannabis, which he feels will better help him manage his diagnoses.

Thank you for considering this request.

Respectfully,

//s

Jane White
Assistant Federal Defender

Granted.

cc:   Assistant U.S. Attorney Carmi Schickler
      Probation Officer Erica Cudina

SO ORDERED:

HON. KENNETH M. KARAS  U.S.D.J.

1/8/26

## Exhibit A

 **Office of Cannabis Management**     **Medical Cannabis Program**

**OFFICIAL NEW YORK STATE MEDICAL CANNABIS PATIENT CERTIFICATION**

| Certification Number | Issue Date: 07/16/2025 |
|---|---|
| PC3-49796039 | Expiration Date: 07/16/2026 |

**Registry ID:** ████████████

Please present this document and your government issued photo ID when visiting a dispensing site to purchase medical cannabis product(s).

### Practitioner Information

Ralph Alvarez
9 Grand Street 1st Fl PO Box 405
Warwick, New York 10990
(845) 986-6969
OEA Registration: BA4T04995

### Patient Information

First Name: Christopher
Last Name: Accime
DOB:        06/25/1986
Address:    11 Waldron Drive
            Stony Point, NY 10980
Phone:      (845) 538-5437
Email:      ChrisAccime@gmail.com

### Dosing Recommendations

Specific Recommendation(s)

High THC: Low CBD
Low THC: High CBD
1:1

Recommendations/Limitations:

Per Pharmacist Consultation

As the practitioner named above, I attest to the following:

- I am caring for this patient's condition;
- By training and/or experience, I am qualified to treat the condition as documented in the patient's medical record;
- In my professional opinion and based on my review of past treatments, the patient named above is likely to receive therapeutic or palliative benefit from the primary or adjunctive treatment with medical cannabis for the condition;
- This certification will be provided to the patient and a copy of this certification will be included in the patient's medical record.

Electronically signed by: _____RALPH ALVAREZ_____ on: ___07/16/2025___

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO PENAL LAW § 210.45. ISSUANCE OF A CERTIFICATION WHEN (i) THE RECIPIENT HAS NO MEDICAL NEED FOR IT, OR (ii) IT IS FOR A PURPOSE OTHER THAN A CERTIFIED MEDICAL USE AS DEFINED IN THE CANNABIS LAW IS PUNISHABLE AS A CLASS E FELONY PURSUANT TO PENAL LAW § 179.10.

This certification must be provided to the patient, or their caregiver where appropriate. The certified patient and their designated caregiver(s) will need this certification when purchasing medical cannabis products from a registered organization's dispensing site.

Instructions on adding designated caregivers are available on the Office of Cannabis Management website at: www.cannabis.ny.gov.

Questions? Contact the Medical Cannabis Program by emailing medical@cannabis.ny.gov or calling 1-844-863-9312.

2721310                                                                                    Page 1 of 1

Exhibit B



## RALPH J. ALVAREZ, MD, PLLC

Internal Medicine/Primary Care

9 Grand Street  •  Warwick New York 10990  •  845.986.6069

To Whom It May Concern,

Christopher Accime (DOB 6/25/86), who was first seen, at this office, in 2022, when he was first prescribed Medical Marijuana, has multiple medical problems.

Christpher suffers from chronic pain syndrome, arthropathy, shoulder pain, low back pain, and groin pain.

Christpher also has mental health issues, that include PTSD, bipolar disorder, insomnia, depression, fatigue, stress, and anxiety.

Christopher says that Medical Marijuana helps him control these symptoms.

Please call if there are any questions.

Sincerely,

Ralph Alvarez, MD

07/16/2025